# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**CAROLINE KAMEL,**

    **Plaintiff,**

**v.**                                                            **Case No. 4:20-cv-55-AW-CAS**

**JIMMY PATRONIS, in his official capacity as CHIEF FINANCIAL OFFICER, FLORIDA DEPARTMENT OF FINANCIAL SERVICES,**

    **Defendant.**

_____/

## ORDER DISMISSING CERTAIN CLAIMS WITH PREJUDICE AND REMANDING REMAINING CLAIMS TO STATE COURT

Plaintiff has filed a consent motion to dismiss certain claims and to remand the remaining claims to state court. ECF No. 8. The motion is GRANTED. Plaintiff's claims brought under 42 U.S.C. § 2000e and 42 U.S.C. § 1981a are dismissed with prejudice. The remaining state law claims are REMANDED to the Circuit Court for the Second Judicial Circuit in and for Leon County. The Clerk must take appropriate steps to effect the remand. After the remand is complete, the Clerk must close the file.

SO ORDERED on March 20, 2020.

                                                    s/ *Allen Winsor*  
                                                    United States District Judge